B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Upper Valley Commercial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**02-0266121** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2769 Dartmouth College Highway<br>North Haverhill, NH**<br><div align="right">ZIP Code<br>**03774**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Grafton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2769 Dartmouth College Highway<br>North Haverhill, NH 03774** |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Upper Valley Commercial Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Upper Valley Commercial Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Peter N. Tamposi**
Signature of Attorney for Debtor(s)

**Peter N. Tamposi 04931**
Printed Name of Attorney for Debtor(s)

**The Tamposi Law Group, P.C.**
Firm Name

**159 Main St.**
**Nashua, NH 03060**

_____
Address

**Email: peter@thetamposilawgroup.com**
**603-204-5513  Fax: 603-204-5515**
Telephone Number

**December 31, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Patten**
Signature of Authorized Individual

**David Patten**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 31, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re   **Upper Valley Commercial Corporation**        Case No. _____

                              Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | **Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | | | **159,903.75** |
| **Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | **Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | | | **135,390.75** |
| **Carl Patten, Jr.**<br>**101 Bigelow Hill Road**<br>**Troy, NH 03465** | **Carl Patten, Jr.**<br>**101 Bigelow Hill Road**<br>**Troy, NH 03465** | | | **184,113.41** |
| **CHAF Trust**<br>**PO Box 427**<br>**North Haverhill, NH 03774** | **CHAF Trust**<br>**PO Box 427**<br>**North Haverhill, NH 03774** | | | **160,611.02** |
| **Community Financial Service Group, LLC**<br>**FBO Suzanne Bruckner**<br>**100 Main Street, Suite 260**<br>**Newport, VT 05855** | **Community Financial Service Group, LLC**<br>**FBO Suzanne Bruckner**<br>**100 Main Street, Suite 260**<br>**Newport, VT 05855** | | | **346,863.66** |
| **Crystal Farr**<br>**122 Trescott Road**<br>**Etna, NH 03750** | **Crystal Farr**<br>**122 Trescott Road**<br>**Etna, NH 03750** | | | **860,496.06** |
| **David and Gloria Cota**<br>**2165 Colon Road**<br>**Sanford, NC 27330** | **David and Gloria Cota**<br>**2165 Colon Road**<br>**Sanford, NC 27330** | | | **295,562.89** |
| **David E. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | **David E. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | | | **2,955,000.00** |
| **Deanne P. Mitchell**<br>**2769 Darmouth College Highway**<br>**North Haverhill, NH 03774** | **Deanne P. Mitchell**<br>**2769 Darmouth College Highway**<br>**North Haverhill, NH 03774** | | | **476,312.00** |
| **Dolores D. Patten**<br>**1165 Spruce Drive**<br>**Enumclaw, WA 98022** | **Dolores D. Patten**<br>**1165 Spruce Drive**<br>**Enumclaw, WA 98022** | | | **172,763.03** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                    Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Fadden Automotive, Inc.<br>P.O. Box 427<br>North Haverhill, NH 03774 | Fadden Automotive, Inc.<br>P.O. Box 427<br>North Haverhill, NH 03774 | | | 287,532.77 |
| Gladys Flanders<br>PO Box 156<br>Fairlee, VT 05045 | Gladys Flanders<br>PO Box 156<br>Fairlee, VT 05045 | | | 143,845.76 |
| Jean Kimlin<br>P.O. Box 2<br>Modena, NY 12548 | Jean Kimlin<br>P.O. Box 2<br>Modena, NY 12548 | | | 208,037.17 |
| Kimberly Hines<br>2769 Dartmouth College Highway<br>North Haverhill, NH 03774 | Kimberly Hines<br>2769 Dartmouth College Highway<br>North Haverhill, NH 03774 | | | 238,834.46 |
| Linda L. Flanders<br>328 Allagash Road<br>North Haverhill, NH 03774 | Linda L. Flanders<br>328 Allagash Road<br>North Haverhill, NH 03774 | | | 127,550.94 |
| Paul C. Flanders<br>43 Batchelder Road<br>Fairlee, VT 05045 | Paul C. Flanders<br>43 Batchelder Road<br>Fairlee, VT 05045 | | | 157,644.88 |
| Pollack Family Trust<br>P.O. Box 333<br>North Haverhill, NH 03774 | Pollack Family Trust<br>P.O. Box 333<br>North Haverhill, NH 03774 | | | 150,000.00 |
| Reginald B. Smith Revocable Trust<br>34 Bunga Road<br>Bath, NH 03740 | Reginald B. Smith Revocable Trust<br>34 Bunga Road<br>Bath, NH 03740 | | | 280,775.00 |
| Richard Hall and Shelby Hall<br>80 Cutting Hill Road<br>Pike, NH 03780 | Richard Hall and Shelby Hall<br>80 Cutting Hill Road<br>Pike, NH 03780 | | | 405,011.18 |
| Suzanne Bruckner<br>445 Highland Circle<br>Lyndonville, VT 05851 | Suzanne Bruckner<br>445 Highland Circle<br>Lyndonville, VT 05851 | | | 685,849.95 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 31, 2013**                          Signature  **/s/ David Patten**

**David Patten**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of New Hampshire

In re __Upper Valley Commercial Corporation_____     Case No. _____

_____
Debtor(s)                                           Chapter   __11_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$798,016.17** | **2013** |
| **$806,662.50** | **2012** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Janice M. Brown** **7 Clifford Drive #2** **North Haverhill, NH 03774** | **11/14/13** | **$7,095.00** | **$8,700.00** |
| **Edwin and Kathleen Blaisdell** **2729 Dartmouth College Highway** **North Haverhill, NH 03774** | **11/18/13** | **$207,655.01** | **$9,614.00** |
| **Michael Polli** **PO Box 377** **Bradford, VT 05033** | **11/26/13** | **$52,799.36** | **$0.00** |
| **Suzanne Bruckner** **445 Highland Circle** **Lyndonville, VT 05851** | **10/7/13 - $4,000** **11/6/13 - $4,000** **12/3/13 - $4,000** | **$12,000.00** | **$685,849.95** |
| **Linda L. Flanders** **328 Allagash Road** **North Haverhill, NH 03774** | **12/9/13 - $3,500** **12/24/13 - $3,000** | **$6,500.00** | **$127,550.94** |
| **CHAF Trust** **PO Box 427** **North Haverhill, NH 03774** | **12/17/13** | **$44,000.00** | **$160,611.02** |
| **James H. Walker, III and Robert W.** **Walker, Trustees of Walker Living Trust** **43 King Street** **Woodsville, NH 03785** | **12/18/13** | **$42,070.28** | **$115,535.14** |
| **John L. Rancourt and Pamela Rancourt** **P.O. Box 2684** **Vineyard Haven, MA 02568** | **12/19/13** | **$31,189.10** | **$8,492.42** |
| **Ryan D. Farr** **122 Trescott Road** **Etna, NH 03750** | **12/20/13** | **$13,950.00** | **$33,477.02** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Alvin Fadden**<br>**15 Ridge Dr.**<br>**PO Box 427**<br>**North Haverhill, NH 03774**<br>    **Officer** | **See Attached** | **$145,174.00** | **$0.00** |
| **David E. Patten**<br>**386 Route 10**<br>**2769 Dartmouth College Highway**<br>**Piermont, NH 03779**<br>    **Officer** | **See Attached** | **$58,560.00** | **$2,970,000.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**Insider Transfers  - Exhibit to Statement of Financial Affairs**
**Upper Valley Commercial Corp.**

| Insider | Date | Payments by Debtor to Insider | Payments by Insider to Debtor |
|---------|------|------------------------------|-------------------------------|
| Alvin Fadden | 1/19/2013 | | 82,000 |
| | 1/9/2013 | 2,000 | |
| | 1/17/2013 | 258.46 | |
| | 1/22/2013 | 1,000 | |
| | 1/28/2013 | 2,000 | |
| | 2/5/2013 | | 783.72 |
| | 2/11/2013 | 2,750 | |
| | 2/11/2013 | 1,400 | |
| | 2/21/2013 | 35,000 | |
| | 3/4/2013 | | 36,000 |
| | 3/5/2013 | 2,000 | |
| | 3/14/2013 | 2,750 | |
| | 3/18/2013 | | 40,000 |
| | 4/11/2013 | 133.61 | |
| | 4/16/2013 | 37,000 | |
| | 4/17/2013 | | 2,750 |
| | 4/26/2013 | | 40,000 |
| | 4/30/2013 | 105.22 | |
| | 5/8/2013 | | 40,000 |
| | 5/10/2013 | | 784 |
| | 5/20/2013 | 389.13 | |
| | 5/21/2013 | 160.24 | |
| | 6/19/2013 | | 600 |
| | 6/26/2013 | 2,636 | |
| | 7/18/2013 | | 1000 |
| | 7/18/2013 | | 30.19 |
| | 7/22/2013 | 2,000 | |
| | 7/22/2013 | | 14,023 |
| | 7/24/2013 | 500 | |
| | 7/25/2013 | | 3680.34 |
| | 8/1/2013 | | 783.72 |
| | 8/1/2013 | 30,000 | |
| | 8/19/2013 | 2,000 | |
| | 8/26/2013 | | 424.12 |
| | 8/28/2013 | 1,695 | |
| | 9/11/2013 | 1,610 | |
| | 9/12/2013 | | 18,000 |
| | 9/20/2013 | 2,000 | |
| | 9/20/2013 | 1,670 | |
| | 9/23/2013 | 1049.99 | |

|  |  |  |  |
|---|---|---|---|
|  | 9/24/2013 |  | 35,000 |
|  | 9/25/2013 | 2,000 |  |
|  | 9/27/2013 |  | 105,001.95 |
|  | 9/30/2013 | 1,000 |  |
|  | 10/1/2013 | 1,260 |  |
|  | 10/7/2013 | 7,000 |  |
|  | 11/25/2013 | <u>2,751</u> |  |
| **Total** |  | **146,119** | **420,861** |
|  |  |  |  |
| David Patten | 1/7/2013 | 5,000 |  |
|  | 1/7/2013 | 5,000 |  |
|  | 3/31/2013 |  | 10,000 |
|  | 3/31/2013 |  | 20,000 |
|  | 3/31/2013 |  | 20,000 |
|  | 3/4/2013 | 10,000 |  |
|  | 3/4/2013 | 1,105.75 |  |
|  | 5/1/2013 |  | 30,000 |
|  | 7/12/2013 | 10,000 |  |
|  | 9/30/2013 | 2,227.28 |  |
|  | 9/12/2013 |  | 18,000 |
|  | 9/18/2013 | 10,000 |  |
|  | 9/30/2013 |  | 10,000 |
|  | 9/30/2013 |  | 20,000 |
|  | 9/30/2013 |  | 20,000 |
|  | 9/30/2013 | 227.28 |  |
|  | 12/13/2013 | <u>15,000</u> |  |
| **Total** |  | **58,560** | **148,000** |

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Tamposi Law Group, P.C.**<br>**159 Main St.**<br>**Nashua, NH 03060** | **12/24/13** | **$25,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wayne Geher**<br>**Nathan Wechsler & Company, PA**<br>**70 Commerical St., Suite 401**<br>**Concord, NH 03301** | **Accountant for 25 years** |

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Janice Brown** | **Bookeeper for 31 years** |
| **7 Clifford Dr., #2** | |
| **North Haverhill, NH 03774** | |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Nathan Wechsler & Company, P.A.** | | **Audit partially complete** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Alvin S Fadden** | **Vice President/Secretary/Director** | **A** |
| **15 Ridge Dr.** | | **3731 shares** |
| **PO Box 427** | | |
| **North Haverhill, NH 03774** | | |
| **David E. Patten** | **President/Treasurer/Director** | **A** |
| **386 Route 10** | | **3719 shares** |
| **3769 Dartmouth College Highway** | | |
| **Piermont, NH 03779** | | |
| **Jeffrey K. Bruckner** | **Not Active** | **A** |
| **87 Oak View Ave.** | | **238 shares** |
| **Maplewood, NJ 07040** | | **Not Active** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John Bruckner**<br>**3316 West Barnet Rd.**<br>**Barnet, VT 05821** | **Not Active** | **A**<br>**138 shares**<br>**Not Active** |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
□  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See response to SOFA 3(c) above** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 31, 2013**                    Signature  **/s/ David Patten**
                                                           **David Patten**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re   **Upper Valley Commercial Corporation**                                              Case No. _____
                                                                          ,
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2707 Dartmouth College Highway - commerical real property.** | **Fee** | - | **220,000.00** | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **220,000.00** | (Total of this page) |
| | Total > | **220,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Upper Valley Commercial Corporation**                                    ,          Case No. _____
                                                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Woodsville Guaranty Savings Bank Checking Account ####1753**<br><br>**Chrysler 300C (2006 w/ 120k miles)** | - <br><br> - | 6,000.00 <br><br> 8,627.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

 

Sub-Total >        **14,627.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**            ,        Case No. _____

                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Recivable (see attached for details)** | **-** | **12,168,250.81** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                    Sub-Total >    **12,168,250.81**
                                 (Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

| NAME | CURRENT BALANCE | ANTICIPATED PAYOFF |
|---|---|---|
| Fadden Racing | $44,096.32 | $44,096.32 |
| Tiffany MacDonald | $14,527.11 | $14,527.11 |
| Parke J.Patten, Inc. | $1,771,101.95 | $1,771,101.95 |
| River Meadown Campground, LLC | $3,820,898.26 | $1,500,000.00 |
| Derrick O'Donnell | $47,268.07 | $25,000.00 |
| Freedom Propane | $2,562,937.68 | $1,500,000.00 |
| Island Propane, Inc. | $369,218.57 | $369,218.57 |
| Proctor Gas | $474,413.06 | $474,413.06 |
| Walker Motor Sales, Inc. | $140,000.00 | $140,000.00 |
| Jackson S. Mitchell | $76,065.27 | $76,065.27 |
| HB Energy | $53,893.62 | $53,893.62 |
| Wood Trust Account | $41,577.05 | $41,577.05 |
| Wood Briar Hill House | $3,027.54 | $3,027.54 |
| Jody A. Ernest | $283,528.28 | $283,528.28 |
| John & Dolores Boudreault | $79,701.89 | $79,701.89 |
| CM Davidson, Inc. | $38,041.94 | $38,041.94 |
| Gibson Wood Family Trust | $551,941.58 | $551,941.58 |
| Island Properties Improve, LLC | $123,228.16 | $123,228.16 |
| Island Powersports, Inc. | $67,118.87 | $67,118.87 |
| Garry & Martha Dunbar | $8,177.21 | $8,177.21 |
| Alvin S. Fadden | $550,057.21 | $550,057.21 |
| Alvin S. Fadden | $44,173.41 | $44,173.41 |
| Charles and Shelia Gillingham | $92,772.92 | $92,772.92 |
| Mark E. Nickles | $15,551.08 | $15,551.08 |
| David E. Patten | $44,173.41 | $44,173.41 |
| Adam Vigent | $26,440.41 | $26,440.41 |
| Freedom Propane | | $1,062,937.68 |
| River Meadown Campground, LLC | | $2,320,898.26 |
| Derrick O'Donnell | | $22,268.07 |
| Wood Law Property, LLC | $277,713.68 | $277,713.68 |
| Wood Law Property, LLC | $27,927.76 | $27,927.76 |
| Wood Trust Account | $128,304.16 | $128,304.16 |
| Gary J. Wood Trust Account | $14,131.72 | $14,131.72 |

| | | |
|---|---|---|
| Michael Fenn & Danielle Fenn | $256,783.15 | $256,783.15 |
| Derrick and Abby O'Donnell | $119,459.47 | $119,459.47 |
| | $12,168,250.81 | $12,168,250.81 |

B6B (Official Form 6B) (12/07) - Cont.

In re    **Upper Valley Commercial Corporation**                              ,        Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Server | - | 1,500.00 |
| | | Furniture, Fixture and Equipment | - | 3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 5,000.00 |
| (Total of this page) | |
| Total > | 12,187,877.81 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Upper Valley Commercial Corporation**                                        Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **##654**  <br><br>**Woodsville Guaranty Savings Bank**  <br>**10 Pleasant St., PO Box 266**  <br>**Woodsville, NH 03785** | - | | | | 2/22/11  <br><br>**All Asset**  <br><br>**All personal property** | | | | | |
| | | | | | Value $          **11,926,877.18** | | | | **1,079,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal  <br>(Total of this page) | **1,079,000.00** | **0.00** |
| | Total  <br>(Report on Summary of Schedules) | **1,079,000.00** | **0.00** |

B6E (Official Form 6E) (4/13)

In re  **Upper Valley Commercial Corporation**                                    ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __**Upper Valley Commercial Corporation**_____,   Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**Abby C. O'Donnell**<br>**15 Ridge Drive**<br>**North Haverhill, NH 03774** | | - | | | | | | | **10,871.15** |
| Account No.<br><br>**Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | | - | | | | | | | **159,903.75** |
| Account No.<br><br>**Alfa M. Patten**<br>**37 Slate Ridge Road**<br>**Haverhill, NH 03765** | | - | | | | | | | **8,592.37** |
| Account No.<br><br>**Alfa M. Patten**<br>**2769 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | | - | | | | | | | **135,390.75** |
| __20__ continuation sheets attached | | | | | | | Subtotal<br>(Total of this page) | | **314,758.02** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Upper Valley Commercial Corporation**                                      Case No. _____
                                                            ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Allene Millette 1 Chalon Park Drive Woodsville, NH 03785 | - | | | | | | | 6,141.18 |
| Account No. | | | | | | | | |
| Allyson Bruckner 3316 West Barnet Road Barnet, VT 05821 | - | | | | | | | 911.63 |
| Account No. | | | | | | | | |
| Ann Winter 29 Lepage Road Barre, VT 05041 | - | | | | | | | 118,569.60 |
| Account No. | | | | | | | | |
| Austin Charles Palmer 1133 Northwest Pinelake Drive Stuart, FL 34994 | - | | | | | | | 13,479.08 |
| Account No. | | | | | | | | |
| Ava Mae Boudreault 3255 Dartmouth College Highway North Haverhill, NH 03774 | - | | | | | | | 551.38 |

Sheet no. __1__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    139,652.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**                          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barbara A. DeRosia**<br>**1359 County Road**<br>**North Haverhill, NH 03774** | | - | | | | | | 93,932.32 |
| Account No.<br><br>**Brittany Parsells**<br>**11 McKinley Street**<br>**Keene, NH 03431** | | - | | | | | | 20,585.49 |
| Account No.<br><br>**Carl Patten, Jr.**<br>**101 Bigelow Hill Road**<br>**Troy, NH 03465** | | - | | | | | | 14,406.85 |
| Account No.<br><br>**Carl Patten, Jr.**<br>**101 Bigelow Hill Road**<br>**Troy, NH 03465** | | - | | | | | | 184,113.41 |
| Account No.<br><br>**CHAF Trust**<br>**PO Box 427**<br>**North Haverhill, NH 03774** | | - | | | | | | 160,611.02 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          473,649.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**                                          ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Chelsea J. Carpenter P.O. Box 105 Richmond, VT 05477 | - | | | | | | | 563.01 |
| Account No. | | | | | | | | |
| Clinton Brown and Leslie Walker 67 Point of View Drive Littleton, NH 03561 | - | | | | | | | 35.09 |
| Account No. | | | | | | | | |
| Community Financial Service Group, LLC FBO Suzanne Bruckner 100 Main Street, Suite 260 Newport, VT 05855 | - | | | | | | | 346,863.66 |
| Account No. | | | | | | | | |
| Crystal Farr 122 Trescott Road Etna, NH 03750 | - | | | | | | | 860,496.06 |
| Account No. | | | | | | | | |
| David and Gloria Cota 2165 Colon Road Sanford, NC 27330 | - | | | | | | | 295,562.89 |

Sheet no. __3___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,503,520.71**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David E. Patten 2769 Dartmouth College Highway North Haverhill, NH 03774 | - | | | | | | | 2,955,000.00 |
| Account No. | | | | | | | | |
| David McKowan 401 Indian Wells Circle Lexington, NC 27295 | - | | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| David or Gloria Cota 2165 Colon Road Sanford, NC 27330 | - | | | | | | | 36.46 |
| Account No. | | | | | | | | |
| Deanne P. Mitchell 2769 Darmouth College Highway North Haverhill, NH 03774 | - | | | | | | | 476,312.00 |
| Account No. | | | | | | | | |
| Debra Tuck 82 Cross Street Bethlehem, NH 03574 | - | | | | | | | 75,541.95 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,536,890.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Debra Tuck 82 Cross Street Bethlehem, NH 03574 | | - | | | | | 87,500.00 |
| Account No. | | | | | | | |
| Diane Ingalls 349 Horse Meadow Road North Haverhill, NH 03774 | | - | | | | | 2,201.15 |
| Account No. | | | | | | | |
| Dolores Boudreault RR1 Box 24A North Haverhill, NH 03774 | | - | | | | | 2.28 |
| Account No. | | | | | | | |
| Dolores D. Patten 1165 Spruce Drive Enumclaw, WA 98022 | | - | | | | | 172,763.03 |
| Account No. | | | | | | | |
| Dolores D. Patten 1165 Spruce Drive Enumclaw, WA 98022 | | - | | | | | 14,965.16 |

Sheet no. __5___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              277,431.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                    ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Edward Cowles 3 Bradley Hill Road Bath, NH 03740 | - | | | | | | | 496.21 |
| Account No. | | | | | | | | |
| Edwin and Kathleen Blaisdell 2729 Dartmouth College Highway North Haverhill, NH 03774 | - | | | | | | | 9,614.00 |
| Account No. | | | | | | | | |
| Ella C. Taranovich and Paul Lasky 11 North Street Proctor, VT 05765 | - | | | | | | | 47,067.09 |
| Account No. | | | | | | | | |
| Emily Bruckner 3316 West Barnet Road Barnet, VT 05821 | - | | | | | | | 826.79 |
| Account No. | | | | | | | | |
| Fadden Automotive, Inc. P.O. Box 427 North Haverhill, NH 03774 | - | | | | | | | 287,532.77 |

Sheet no. __6___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

345,536.86

B6F (Official Form 6F) (12/07) - Cont.

In re **Upper Valley Commercial Corporation**                          , Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Faye Matthews**<br>**765 Miners Ridge Trail**<br>**Banner Elk, NC 28604** | | - | | | | | | 44,000.00 |
| Account No.<br><br>**Frederick Parsells**<br>**11 McKinley Street**<br>**Keene, NH 03431** | | - | | | | | | 5,264.64 |
| Account No.<br><br>**Garrett Olsen or Michael Olsen**<br>**P.O. Box 352**<br>**North Haverhill, NH 03774** | | - | | | | | | 2,806.11 |
| Account No.<br><br>**Gerald and Rachel Houston**<br>**20 River Road**<br>**Lisbon, NH 03585** | | - | | | | | | 71,934.30 |
| Account No.<br><br>**Gladys Flanders**<br>**PO Box 156**<br>**Fairlee, VT 05045** | | - | | | | | | 143,845.76 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  267,850.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**
_____,      Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Good Ole Boys & Girls** <br> **2769 Dartmouth College Highway** <br> **North Haverhill, NH 03774** | - | | | | | | 1,600.00 |
| Account No. <br><br> **Haverhill Alumni Association** <br> **1150 Brushwood Road** <br> **Pike, NH 03780** | - | | | | | | 2,746.37 |
| Account No. <br><br> **Haverhill Alumni Association** <br> **c/o Alice Hodgdon, Treasurer** <br> **1150 Brushwood Road** <br> **Pike, NH 03780** | - | | | | | | 35,197.02 |
| Account No. <br><br> **Helen I. MacDonald** <br> **3805 Collingwood Lane** <br> **Zephyrhills, FL 33541** | - | | | | | | 61,844.85 |
| Account No. <br><br> **Horse Meadow Senior Center** <br> **91 Horse Meadow Road** <br> **North Haverhill, NH 03774** | - | | | | | | 11,125.00 |

Sheet no. __8___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **112,513.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**                                    ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jack August Boudreault 3255 Dartmouth College Highway North Haverhill, NH 03774 | - | | | | | | | 521.74 |
| Account No. | | | | | | | | |
| James H. Walker, III 4675 Dartmouth College Highway Woodsville, NH 03785 | - | | | | | | | 23,673.37 |
| Account No. | | | | | | | | |
| James H. Walker, III and Robert W. Walker, Trustees of Walker Living Trust 43 King Street Woodsville, NH 03785 | - | | | | | | | 115,535.14 |
| Account No. | | | | | | | | |
| Jane McKown P.O. Box 203 Lisbon, NH 03585 | - | | | | | | | 10,762.75 |
| Account No. | | | | | | | | |
| Janice M. Brown 7 Clifford Drive #2 North Haverhill, NH 03774 | - | | | | | | | 7,095.04 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            157,588.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                    , Case No. _____

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Jean Beckley** **P.O. Box 12** **Wells River, VT 05081** | | | | | | | | 739.12 |
| Account No. | | - | | | | | | |
| **Jean Kimlin** **P.O. Box 2** **Modena, NY 12548** | | | | | | | | 208,037.17 |
| Account No. | | - | | | | | | |
| **Jean Walker for the Walker Family** **Trust** **43 King Street** **Woodsville, NH 03785** | | | | | | | | 18,992.21 |
| Account No. | | - | | | | | | |
| **John Bruckner** **445 Highland Circle** **Lyndonville, VT 05851** | | | | | | | | 17,252.87 |
| Account No. | | - | | | | | | |
| **John C. Aldrich or Charlene Aldrich** **Brushwood Road** **North Haverhill, NH 03774** | | | | | | | | 2,117.39 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    247,138.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                    Case No. _____
                                                                ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| John L. Rancourt and Pamela Rancourt P.O. Box 2684 Vineyard Haven, MA 02568 | | - | | | | | | 8,492.42 |
| Account No. | | | | | | | | |
| John or Bette Pollock P.O. Box 333 North Haverhill, NH 03774 | | - | | | | | | 16,326.89 |
| Account No. | | | | | | | | |
| John P. Boudreault 3255 Dartmouth College Highway North Haverhill, NH 03774 | | - | | | | | | 1.23 |
| Account No. | | | | | | | | |
| Joseph McQueeny 395 Valley Road Woodsville, NH 03785 | | - | | | | | | 3,037.37 |
| Account No. | | | | | | | | |
| Joseph Vigent and Mary Lee Vigent 152 Benton Road North Haverhill, NH 03774 | | - | | | | | | 41,817.56 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                           69,675.47
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                    ,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Josh Taranovich 40 Chatterton Park Ext. Proctor, VT 05765 | - | | | | | | | 1,592.41 |
| Account No. | | | | | | | | |
| Joshua Steelman Palmer 1133 Northwest Pinelake Drive Stuart, FL 34994 | - | | | | | | | 34,777.86 |
| Account No. | | | | | | | | |
| Judy Taranovich 40 Chatterton Park Ext. Proctor, VT 05765 | - | | | | | | | 1,079.64 |
| Account No. | | | | | | | | |
| Karen Cowles 3 Bradley Hill Road Bath, NH 03740 | - | | | | | | | 363.91 |
| Account No. | | | | | | | | |
| Karen Parsells 11 McKinley Street Keene, NH 03431 | - | | | | | | | 107,803.06 |

| Sheet no. __12__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 145,616.88 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                                  ,      Case No. _____
                                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Karen S. Aldrich and John W. Aldrich**<br>**19 Aldrich Lane**<br>**North Haverhill, NH 03774** | - | | | | | | 26,465.21 |
| **Account No.** | | | | | | | |
| **Kathy Frink**<br>**29 Hallwood Drive**<br>**Keene, NH 03431** | - | | | | | | 98,000.00 |
| **Account No.** | | | | | | | |
| **Kaylin L. Delaney**<br>**516 Old Waterford Road**<br>**Lovell, ME 04051** | - | | | | | | 523.32 |
| **Account No.** | | | | | | | |
| **Kenneth Patten**<br>**2608 Dartmouth College Highway**<br>**North Haverhill, NH 03774** | - | | | | | | 54,315.74 |
| **Account No.** | | | | | | | |
| **Kevin Cowles**<br>**3 Bradley Hill Road**<br>**Bath, NH 03740** | - | | | | | | 883.83 |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **180,188.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **Upper Valley Commercial Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Kimberly Hines 2769 Dartmouth College Highway North Haverhill, NH 03774 | - | | | | | | 238,834.46 |
| Account No. | | | | | | | |
| Landyn Leo O'Donnell P.O. Box 427 North Haverhill, NH 03774 | - | | | | | | 995.69 |
| Account No. | | | | | | | |
| Laurie E. Walker 627 Wood Lot Trail Road Annapolis, MD 21401 | - | | | | | | 57,654.71 |
| Account No. | | | | | | | |
| Linda L. Flanders 328 Allagash Road North Haverhill, NH 03774 | - | | | | | | 127,550.94 |
| Account No. | | | | | | | |
| Lora Chase 47 Partridge Lane North Haverhill, NH 03774 | - | | | | | | 21,080.22 |

Sheet no. **14** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 446,116.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**         Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Marcus S. Mitchell** <br>**2769 Dartmouth College Highway** <br>**North Haverhill, NH 03774** | - | | | | | | 69,113.91 |
| Account No. <br><br>**Marjorie Moore and Joel Moore** <br>**P.O. Box 78** <br>**North Haverhill, NH 03774** | - | | | | | | 30,957.38 |
| Account No. <br><br>**Mark MacDonald** <br>**7 Walnut Street, Apt. #2** <br>**Woodsville, NH 03785** | - | | | | | | 10,898.01 |
| Account No. <br><br>**Mark W. Pollack** <br>**P.O. Box 55** <br>**North Haverhill, NH 03774** | - | | | | | | 2,247.17 |
| Account No. <br><br>**Mark W. Pollack** <br>**P.O. Box 55** <br>**North Haverhill, NH 03774** | - | | | | | | 37,795.44 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br> (Total of this page)      151,011.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Upper Valley Commercial Corporation** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Mary Ingalls 349 Horse Meadow Road North Haverhill, NH 03774 | - | | | | | | | 6,492.63 |
| Account No. Matthew Bruckner or John and Carolyn Bruckner 3316 West Barnett Road Barnet, VT 05821 | - | | | | | | | 1,763.00 |
| Account No. Nathan Wechsler & Company, PA 70 Commercial St., Suite 401 Concord, NH 03301 | - | | | Last quarter 2013 Tax and Audit Services perfomed | | | | 12,015.52 |
| Account No. Neil Wilson and Lucinda W. Rossoll P.O. Box 14 Woodsville, NH 03785 | - | | | | | | | 25,000.00 |
| Account No. Nicholas Vigent 47 Partridge Lane North Haverhill, NH 03774 | - | | | | | | | 370.67 |

Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 45,641.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**                                  ,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Nicholas Vigent 47 Partridge Lane NH 03744 | | | | | | | | 9,000.00 |
| Account No. | | - | | | | | | |
| Paul C. Flanders 43 Batchelder Road Fairlee, VT 05045 | | | | | | | | 157,644.88 |
| Account No. | | - | | | | | | |
| Pollack Family Trust P.O. Box 333 North Haverhill, NH 03774 | | | | | | | | 150,000.00 |
| Account No. | | - | | | | | | |
| Priscilla R. Brown 2470 Benton Road North Haverhill, NH 03774 | | | | | | | | 294.22 |
| Account No. | | - | | | | | | |
| Reginald B. Smith Revocable Trust 34 Bunga Road Bath, NH 03740 | | | | | | | | 280,775.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              597,714.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Upper Valley Commercial Corporation**                    Case No. _____
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Richard Hall and Shelby Hall** <br> **80 Cutting Hill Road** <br> **Pike, NH 03780** | - | | | | | | | 405,011.18 |
| Account No. <br><br> **Richard Hall and Shirley B. Hall** <br> **80 Cutting Hill Road** <br> **Pike, NH 03780** | - | | | | | | | 74,918.40 |
| Account No. <br><br> **Robert Walker** <br> **1 Wilson Avenue** <br> **Woodsville, NH 03785** | - | | | | | | | 67,879.56 |
| Account No. <br><br> **Ryan D. Farr** <br> **122 Trescott Road** <br> **Etna, NH 03750** | - | | | | | | | 33,477.02 |
| Account No. <br><br> **Ryan Olsen and Michael Olsen** <br> **P.O. Box 352** <br> **North Haverhill, NH 03774** | - | | | | | | | 2,806.11 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

584,092.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Upper Valley Commercial Corporation**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Shelly White** **Beulah Ladeau** **1587 French Pond Road** **Woodsville, NH 03785** | - | | | | | | | **7,853.19** |
| Account No. | | | | | | | | |
| **State of New Hampshire** **Bureau of Securities Reguation** **State House Rm. 204** **Concord, NH 03301** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Suzanne Bruckner** **445 Highland Circle** **Lyndonville, VT 05851** | - | | | | | | | **685,849.95** |
| Account No. | | | | | | | | |
| **Sylvia M. Patten** **34 Ridge Drive** **North Haverhill, NH 03774** | - | | | | | | | **1,535.25** |
| Account No. | | | | | | | | |
| **Sylvia Patten** **34 Ridge Drive** **North Haverhill, NH 03774** | - | | | | | | | **72,855.97** |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **768,094.36**

B6F (Official Form 6F) (12/07) - Cont.

In re __Upper Valley Commercial Corporation_____ ,     Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Green Thumb 2470 Benton Road North Haverhill, NH 03774 | | - | | | | | 121.86 |
| Account No. | | | | | | | |
| Travis M. Fadden 15 Ridge Drive North Haverhill, NH 03774 | | - | | | | | 119,735.33 |
| Account No. | | | | | | | |
| Trevor Elliot Smas or Mary Lee Vigent 152 Benton Road North Haverhill, NH 03774 | | - | | | | | 6,101.90 |
| Account No. | | | | | | | |
| Walter Piontek 59 Ave. A Center Rutland, VT 05736 | | - | | | | | 14,732.18 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 140,691.27 |
| Total (Report on Summary of Schedules) | 10,505,372.63 |

B6G (Official Form 6G) (12/07)

In re  **Upper Valley Commercial Corporation**                                      ,          Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **Derek O'Donnell<br>2707 Darmouth College Highway<br>North Haverhill, NH 03774** | **Rents commercial space from the Debtor, $10k per year.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Upper Valley Commercial Corporation**                          ,          Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re **Upper Valley Commercial Corporation**

Debtor(s)

Case No. _____

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 31, 2013**

Signature  **/s/ David Patten**

**David Patten**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Hampshire

In re    **Upper Valley Commercial Corporation**            ,      Case No. _____
                                   Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alvin S Fadden**<br>**15 Ridge Dr.**<br>**PO Box 427**<br>**North Haverhill, NH 03774** | **A** | **3731** | **Vice President/Secretary/Director** |
| **David E. Patten**<br>**386 Route 10**<br>**3769 Dartmouth College Highway**<br>**Piermont, NH 03779** | **A** | **3719** | **President/Treasurer/Director** |
| **Jeffrey K. Bruckner**<br>**87 Oak View Ave.**<br>**Maplewood, NJ 07040** | **A** | **238** | **Not Active** |
| **John Bruckner**<br>**3316 West Barnet Rd.**<br>**Barnet, VT 05821** | **A** | **138** | **Not Active** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **December 31, 2013** _____      Signature **/s/ David Patten** _____
                                             **David Patten**
                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of New Hampshire

In re   **Upper Valley Commercial Corporation**                                    Case No.
                                                    Debtor(s)          Chapter        **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 31, 2013**                    **/s/ David Patten**
                                                **David Patten**/**President**
                                                Signer/Title

Abby C. O'Donnell
15 Ridge Drive
North Haverhill, NH 03774

Alfa M. Patten
2769 Dartmouth College Highway
North Haverhill, NH 03774

Alfa M. Patten
37 Slate Ridge Road
Haverhill, NH 03765

Alfa M. Patten
2769 Dartmouth College Highway
North Haverhill, NH 03774

Allene Millette
1 Chalon Park Drive
Woodsville, NH 03785

Allyson Bruckner
3316 West Barnet Road
Barnet, VT 05821

Ann Winter
29 Lepage Road
Barre, VT 05041

Austin Charles Palmer
1133 Northwest Pinelake Drive
Stuart, FL 34994

Ava Mae Boudreault
3255 Dartmouth College Highway
North Haverhill, NH 03774

Barbara A. DeRosia
1359 County Road
North Haverhill, NH 03774

Brittany Parsells
11 McKinley Street
Keene, NH 03431

Carl Patten, Jr.
101 Bigelow Hill Road
Troy, NH 03465

Carl Patten, Jr.
101 Bigelow Hill Road
Troy, NH 03465

CHAF Trust
PO Box 427
North Haverhill, NH 03774

Chelsea J. Carpenter
P.O. Box 105
Richmond, VT 05477

Clinton Brown and Leslie Walker
67 Point of View Drive
Littleton, NH 03561

Community Financial Service Group, LLC
FBO Suzanne Bruckner
100 Main Street, Suite 260
Newport, VT 05855

Crystal Farr
122 Trescott Road
Etna, NH 03750

David and Gloria Cota
2165 Colon Road
Sanford, NC 27330

David E. Patten
2769 Dartmouth College Highway
North Haverhill, NH 03774

David McKowan
401 Indian Wells Circle
Lexington, NC 27295

David or Gloria Cota
2165 Colon Road
Sanford, NC 27330

Deanne P. Mitchell
2769 Darmouth College Highway
North Haverhill, NH 03774

Debra Tuck
82 Cross Street
Bethlehem, NH 03574

Debra Tuck
82 Cross Street
Bethlehem, NH 03574

Derek O'Donnell
2707 Darmouth College Highway
North Haverhill, NH 03774

Diane Ingalls
349 Horse Meadow Road
North Haverhill, NH 03774

Dolores Boudreault
RR1 Box 24A
North Haverhill, NH 03774

Dolores D. Patten
1165 Spruce Drive
Enumclaw, WA 98022

Dolores D. Patten
1165 Spruce Drive
Enumclaw, WA 98022

Edward Cowles
3 Bradley Hill Road
Bath, NH 03740

Edwin and Kathleen Blaisdell
2729 Dartmouth College Highway
North Haverhill, NH 03774

Ella C. Taranovich and Paul Lasky
11 North Street
Proctor, VT 05765

Emily Bruckner
3316 West Barnet Road
Barnet, VT 05821

Fadden Automotive, Inc.
P.O. Box 427
North Haverhill, NH 03774

Faye Matthews
765 Miners Ridge Trail
Banner Elk, NC 28604

Frederick Parsells
11 McKinley Street
Keene, NH 03431

Garrett Olsen or Michael Olsen
P.O. Box 352
North Haverhill, NH 03774

Gerald and Rachel Houston
20 River Road
Lisbon, NH 03585

Gladys Flanders
PO Box 156
Fairlee, VT 05045

Good Ole Boys & Girls
2769 Dartmouth College Highway
North Haverhill, NH 03774

Haverhill Alumni Association
1150 Brushwood Road
Pike, NH 03780

Haverhill Alumni Association
c/o Alice Hodgdon, Treasurer
1150 Brushwood Road
Pike, NH 03780

Helen I. MacDonald
3805 Collingwood Lane
Zephyrhills, FL 33541

Horse Meadow Senior Center
91 Horse Meadow Road
North Haverhill, NH 03774

Jack August Boudreault
3255 Dartmouth College Highway
North Haverhill, NH 03774

James H. Walker, III
4675 Dartmouth College Highway
Woodsville, NH 03785

James H. Walker, III and Robert W.
Walker, Trustees of Walker Living Trust
43 King Street
Woodsville, NH 03785

Jane McKown
P.O. Box 203
Lisbon, NH 03585

Janice M. Brown
7 Clifford Drive #2
North Haverhill, NH 03774

Jean Beckley
P.O. Box 12
Wells River, VT 05081

Jean Kimlin
P.O. Box 2
Modena, NY 12548

Jean Walker for the Walker Family Trust
43 King Street
Woodsville, NH 03785

John Bruckner
445 Highland Circle
Lyndonville, VT 05851

John C. Aldrich or Charlene Aldrich
Brushwood Road
North Haverhill, NH 03774

John L. Rancourt and Pamela Rancourt
P.O. Box 2684
Vineyard Haven, MA 02568

John or Bette Pollock
P.O. Box 333
North Haverhill, NH 03774

John P. Boudreault
3255 Dartmouth College Highway
North Haverhill, NH 03774

Joseph McQueeny
395 Valley Road
Woodsville, NH 03785

Joseph Vigent and Mary Lee Vigent
152 Benton Road
North Haverhill, NH 03774

Josh Taranovich
40 Chatterton Park Ext.
Proctor, VT 05765

Joshua Steelman Palmer
1133 Northwest Pinelake Drive
Stuart, FL 34994

Judy Taranovich
40 Chatterton Park Ext.
Proctor, VT 05765

Karen Cowles
3 Bradley Hill Road
Bath, NH 03740

Karen Parsells
11 McKinley Street
Keene, NH 03431

Karen S. Aldrich and John W. Aldrich
19 Aldrich Lane
North Haverhill, NH 03774

Kathy Frink
29 Hallwood Drive
Keene, NH 03431

Kaylin L. Delaney
516 Old Waterford Road
Lovell, ME 04051

Kenneth Patten
2608 Dartmouth College Highway
North Haverhill, NH 03774

Kevin Cowles
3 Bradley Hill Road
Bath, NH 03740

Kimberly Hines
2769 Dartmouth College Highway
North Haverhill, NH 03774

Landyn Leo O'Donnell
P.O. Box 427
North Haverhill, NH 03774

Laurie E. Walker
627 Wood Lot Trail Road
Annapolis, MD 21401

Linda L. Flanders
328 Allagash Road
North Haverhill, NH 03774

Lora Chase
47 Partridge Lane
North Haverhill, NH 03774

Marcus S. Mitchell
2769 Dartmouth College Highway
North Haverhill, NH 03774

Marjorie Moore and Joel Moore
P.O. Box 78
North Haverhill, NH 03774

Mark MacDonald
7 Walnut Street, Apt. #2
Woodsville, NH 03785

Mark W. Pollack
P.O. Box 55
North Haverhill, NH 03774

Mark W. Pollack
P.O. Box 55
North Haverhill, NH 03774

Mary Ingalls
349 Horse Meadow Road
North Haverhill, NH 03774

Matthew Bruckner or
John and Carolyn Bruckner
3316 West Barnett Road
Barnet, VT 05821

Nathan Wechsler & Company, PA
70 Commercial St., Suite 401
Concord, NH 03301

Neil Wilson and Lucinda W. Rossoll
P.O. Box 14
Woodsville, NH 03785

Nicholas Vigent
47 Partridge Lane
North Haverhill, NH 03774

Nicholas Vigent
47 Partridge Lane
NH 03744

Paul C. Flanders
43 Batchelder Road
Fairlee, VT 05045

Peter Roth
NH Dept. of Justice
33 Capitol St.
Concord, NH 03301

Pollack Family Trust
P.O. Box 333
North Haverhill, NH 03774

Priscilla R. Brown
2470 Benton Road
North Haverhill, NH 03774

Reginald B. Smith Revocable Trust
34 Bunga Road
Bath, NH 03740

Richard Hall and Shelby Hall
80 Cutting Hill Road
Pike, NH 03780

Richard Hall and Shirley B. Hall
80 Cutting Hill Road
Pike, NH 03780

Robert Walker
1 Wilson Avenue
Woodsville, NH 03785

Ryan D. Farr
122 Trescott Road
Etna, NH 03750

Ryan Olsen and Michael Olsen
P.O. Box 352
North Haverhill, NH 03774

Shelly White
Beulah Ladeau
1587 French Pond Road
Woodsville, NH 03785

State of New Hampshire
Bureau of Securities Reguation
State House Rm. 204
Concord, NH 03301

Suzanne Bruckner
445 Highland Circle
Lyndonville, VT 05851

Sylvia M. Patten
34 Ridge Drive
North Haverhill, NH 03774

Sylvia Patten
34 Ridge Drive
North Haverhill, NH 03774

The Green Thumb
2470 Benton Road
North Haverhill, NH 03774

Travis M. Fadden
15 Ridge Drive
North Haverhill, NH 03774

Trevor Elliot Smas or Mary Lee Vigent
152 Benton Road
North Haverhill, NH 03774

Walter Piontek
59 Ave. A
Center Rutland, VT 05736

Woodsville Guaranty Savings Bank
10 Pleasant St., PO Box 266
Woodsville, NH 03785

# United States Bankruptcy Court
## District of New Hampshire

In re    **Upper Valley Commercial Corporation**                                    Case No.
_____
                                    Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **December 31, 2013**                    **/s/ Peter N. Tamposi**
_____       _____
                                    **Peter N. Tamposi**
                                    **The Tamposi Law Group, P.C.**
                                    **159 Main St.**
                                    **Nashua, NH 03060**
                                    **603-204-5513  Fax: 603-204-5515**
                                    **peter@thetamposilawgroup.com**

---

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of New Hampshire

In re   **Upper Valley Commercial Corporation**

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 220,000.00 | | |
| B - Personal Property | Yes | 3 | 12,187,877.81 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,079,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 10,505,372.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 12,407,877.81 | | |
| | | Total Liabilities | | 11,584,372.63 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of New Hampshire

In re  **Upper Valley Commercial Corporation**

Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of New Hampshire

In re  **Upper Valley Commercial Corporation**                                    Case No.

Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Upper Valley Commercial Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alvin S Fadden**
**15 Ridge Dr.**
**PO Box 427**
**North Haverhill, NH 03774**

**David E. Patten**
**386 Route 10**
**3769 Dartmouth College Highway**
**Piermont, NH 03779**

**Jeffrey K. Bruckner**
**87 Oak View Ave.**
**Maplewood, NJ 07040**

**John Bruckner**
**3316 West Barnet Rd.**
**Barnet, VT 05821**

☐ None [*Check if applicable*]

**December 31, 2013**                              **/s/ Peter N. Tamposi**

Date                                              **Peter N. Tamposi**

Signature of Attorney or Litigant

Counsel for   **Upper Valley Commercial Corporation**

**The Tamposi Law Group, P.C.**

**159 Main St.**
**Nashua, NH 03060**
**603-204-5513 Fax:603-204-5515**
**peter@thetamposilawgroup.com**